FILED

12 SEP 21 PM 4:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

BY: __ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS MARTINEZ-RUBALCAVA (3),<br>    aka Luis,<br>    aka Luisito,<br>    aka Trompudo,,<br><br>    Defendant. | Criminal Case No. 99cr1318-JM<br><br>ORDER AND JUDGMENT<br>TO DISMISS INDICTMENT<br>AND RECALL ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice and arrest warrant recalled as to defendant Luis Martinez-Rubalcava.

DATED: 9/21/12

_____
HONORABLE JEFFREY T. MILLER
United States District Court Judge